UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DERRICK HAMILTON,
                   Plaintiff,
    v.                                          **ORDER**
                                                      03-CV-527S
JAMES CONWAY, et. al.,
                   Defendants.

On January 28, 2008, this Court issued a Decision and Order (Docket No. 63) that directed the Clerk of the Court to terminate Ray Pierce as a Defendant. However, Plaintiff's claim against Defendant Pierce for use of excessive force has not been dismissed. Accordingly, the docket should be corrected to show that Ray Pierce remains a Defendant in this action.

IT HEREBY IS ORDERED, that the portion of this Court's prior Decision and Order (Docket No. 63) that terminated Ray Pierce as a Defendant is VACATED.

FURTHER, that the Clerk of the Court shall reinstate Ray Pierce as a Defendant.

SO ORDERED.

Dated:  February 6, 2008
         Buffalo, New York

                                              /s/William M. Skretny
                                             WILLIAM M. SKRETNY
                                         United States District Judge